# EXHIBIT A

# CORUNNA PUBLIC SCHOOLS
# CONTRACT FOR TRACY FLAGG

This contract of employment is entered into on the date set forth below by and between the Board of Education of the Corunna Public Schools ("Board") and Tracy Flagg ("Business Manager")

1. **DUTIES.**

   The Business Manager agrees to perform the duties set forth in the job description for the position and such duties, which may from time to time be assigned to her by the Board, Superintendent of Schools, or their designee.

2. **CONTRACT PERIOD.**

   The Board agrees to employ the Business Manager for a term of two (2) years from July 1, 2009, through June 30, 2011.

3. **TENURE.**

   The Business Manager shall not be granted continuing tenure in this position by virtue of this contract.

4. **PAY RATE.**

   The Board agrees to pay the Business Manager the total sum of **_$54,975.00_** as an annual salary. The annual salary shall be pro-rated in the event she is employed on a part-time basis or if she is not employed for the entire two (2) year contract period. Said sum to be paid in bi-weekly installments according to the following schedule:

   (25) pays at $2,114.00 and one final pay of $2,125.00 commencing on June 18, 2010.

   The Board further agrees that pay step increases of $2,644 per year shall be implemented for the 2009-10 and 2010-11. The step increases will be in addition to the percentage raise given to all other employees. The Business Manager will only receive the final year step increase if she has an associate degree. Failure to attain an associate's degree will never constitute reason for termination.

5. **FRINGE BENEFITS.**

   The Business Manager will be provided with:
   a. MESSA Choices II for self, spouse and eligible dependents.
   b. Delta Dental insurance, which is equivalent to the plan provided to the certified school personnel of the Corunna Public Schools.
   c. Vision insurance, which is equivalent to the plan provided to the certified school personnel of the Corunna Public Schools.
   d. Long Term Disability (66 2/3% of salary, $3,000 maximum per month).
   e. Life Insurance in the amount of $40,000.

The insurance benefits set forth above shall not be provided until the Business Manager has completed the necessary insurance forms and been accepted for enrollment by the insurance carrier(s).

The Business Manager shall be granted (12) sick days per year with accumulation to ninety (90) workdays. In addition, she shall be granted two (2) personal days per year with a third day available from sick days for personal use, if needed. Personal days may be accumulated to three (3). Sick days may be utilized for her illness or disability. Up to five (5) days per year of her sick days may be used for serious illness in her immediate family. Personal days may only be utilized to take care of personal business, which cannot be taken care of during nonworking hours.

Holidays granted are:

| | | |
|---|---|---|
| Labor Day | Thanksgiving Day | Christmas Day |
| New Year's Day | Memorial Day | July 4 |

6. **WORK SCHEDULE.**

The Business Manager is scheduled to work 260 days. She shall be granted twenty (20) vacation days this year.

7. **AT-WILL EMPLOYEE.**

The Business Manager agrees to conform to the rules and regulations of the Corunna Public Schools. She agrees that she is an at-will employee and that her contract, employment and compensation can be terminated, with or without cause, and with two weeks notice, at the option of either the Corunna Public Schools, or the Business Manager. It is understood that no employee or representative of the Corunna Public Schools, other than the Board, has any authority to make any agreement contrary to the foregoing.

**BUSINESS MANAGER**

Dated: June 4, 2009    _Tracy Flagg_
                       Tracy Flagg

_____, Superintendent of Schools

_____, Board of Education

_____, Board of Education